APPEAL, REMOVAL, JURY, JMR, CLOSED

# 13-60002
## U.S. District Court
## Southern District of Mississippi (Southern)
## CIVIL DOCKET FOR CASE #: 1:12-cv-00090-LG-JMR

Trout Point Lodge, Limited et al v. Handshoe  
Assigned to: Chief District Judge Louis Guirola, Jr.  
Referred to: Magistrate Judge John M. Roper  
Demand: $0  
Lead Docket: None  
Related Cases: None  
Cases in other court: None  
Cause: 28:1441 Notice of Removal  

Date Filed: 3/26/2012  
Jury Demand: None  
Nature of Suit: 320 Assault Libel & Slander  
Jurisdiction: Federal Question  

**Plaintiff**

---

**Trout Point Lodge, Limited,** *a Nova Scotia Limited Company*

[APPELLANT]

represented by **Henry F. Laird, Jr.**  
JONES WALKER WAECHTER POITEVENT CARRERE & DENEGRE-Gulfport  
2510 14th Street, Suite 1125  
P. O. Drawer 160 (39502)  
Gulfport, MS 39501  
US  
228/864-3094  
Email: hlaird@joneswalker.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Vaughn Perret**

[APPELLANT]

represented by **Henry F. Laird, Jr.**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Charles Leary**

[APPELLANT]

represented by **Henry F. Laird, Jr.**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

---

**Doug K. Handshoe**

[APPELLEE]

represented by **G. Gerald Cruthird**  
G. GERALD CRUTHIRD, ATTORNEY  
P.O. Box 1056  
Picayune, MS 39466  
(601) 798-0220  
Email: ggeraldc@bellsouth.net

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack E. Truitt - PHV**
THE TRUITT LAW FIRM, LLC
149 North New Hampshire Street
Covington, LA 70433
US
985/327-5266
Fax: 985/327-5252
Email: mail@truittlaw.com
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 3/26/2012 | 1<br>1<br>1<br>1 | NOTICE OF REMOVAL by Doug K. Handshoe from Circuit Court, Hancock County, case number 12-0103. ( Filing fee $ 350, receipt number 14643003198)<br><br>Pursuant to Rule L.U.Civ.R. 5(b): within 14 days removing party must electronically file the entire state court record as a single filing; and all parties shall, within fourteen days after the Case Management Conference, file as **separate docket items** any unresolved motions that were filed in state court which they wish toadvance. (Attachments: # (1) Exhibit A - Lower Court Motion to Enroll Foreign Judgment, # (2) Exhibit B - Lower Court Notice of Removal, # (3) Civil Cover Sheet)(avm) (Entered: 3/26/2012) |
| 4/3/2012 | 2 | State Court Record by Defendant Doug K. Handshoe (Cruthird, G.) (Entered: 4/3/2012) |
| 4/5/2012 | 3 | MOTION for Status Conference by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 4/5/2012) |
| 4/5/2012 | | TEXT ORDER ONLY granting [3] Motion for Status Conference.A telephonic status conference will be held on April 24,2012 at 10:45am. Plaintiff to initate the conference call. Confidential memoranda must be submitted on or prior to April 16,2012. No further written order shall be issued by this Court. Signed by Magistrate Judge John M. Roper on April 5,2012 (Nicaud, Jenny) (Entered: 4/5/2012) |
| 4/5/2012 | | Set/Reset Hearings: Telephonic Status Conference set for 4/24/2012 10:45 AM before Magistrate Judge John M. Roper (Nicaud, Jenny) (Entered: 4/5/2012) |
| 4/13/2012 | 4 | MOTION for Jack E. Truitt to Appear Pro Hac Vice *Application for Admission Pro Hac Vice* by Doug K. Handshoe (Cruthird, G.) (Entered: 4/13/2012) |
| 4/13/2012 | | TEXT ORDER ONLY granting [4] Motion to Appear Pro Hac Vice. The Court finds that the motion of Jack Truitt to appear pro hac vice on behalf of the Defendant should be granted in association with local counsel, upon payment of the appropriate fee andregistration for electronic filing as required by this Court. No further written order shall be issued by this Court. Signed by Magistrate Judge John M. Roper on April 13,2012 (Nicaud, Jenny) (Entered: 4/13/2012) |

| | | |
|---|---|---|
| 4/16/2012 | | DOCKET ANNOTATION as to #4: Motion and exhibits are filed as one main document. Exhibits should be scanned separately and docketed as properly identified attachments to the main document within the same docket entry. Attorney is directed to followthis procedure in future filings. L.U.Civ.R. 7.(b)(2). ADDITIONAL DOCKET ANNOTATION as to #4: Proposed orders are not to be electronically filed as a separate pleading or as an attachment to a pleading, but instead are to be provided to chambers by e-mail (Court's Administrative Procedures for Electronic Case Filing Sec.5.B.). (avm) (Entered: 4/16/2012) |
| 4/17/2012 | | Pro Hac Vice fee paid by Jack E Truitt, $ 100, receipt number 14643003283. (avm) (Entered: 4/17/2012) |
| 4/24/2012 | | Minute Entry for proceedings held before Magistrate Judge John M. Roper: Status Conference held on 4/24/2012. Pursuant to a conference held on this date and after discussion among the parties, the Court determined that this matter may be resolved bydispositive motion. Parties will file dispositive motions within thirty days of receipt of the official transcript of the underlying proceeding held in Nova Scotia,Canada. Parties are ordered to exchange any transcripts retained.This matter is set on a three week calendar beginning January 14,2013.The pre-trial conference will be held December 19-21,2012. (Nicaud, Jenny) (Entered: 4/24/2012) |
| 4/24/2012 | | Set/Reset Hearings: Bench Trial set for a three week calendar beginning 1/14/2013 before Chief District Judge Louis Guirola Jr. Pretrial Conference set for 12/19-21/2012 before Chief District Judge Louis Guirola Jr. (Nicaud, Jenny) (Entered: 4/24/2012) |
| 5/9/2012 | 5 | CASE MANAGEMENT ORDER: Discovery due by 7/20/2012. Motions due by 8/3/2012. Pretrial Conference set for December 19-21, 2012 in Courtroom 806 (Gulfport) before Chief District Judge Louis Guirola Jr. Bench Trial (legal issue submitted on briefs) set for January 14, 2013 to February 1, 2013 in Courtroom 806 (Gulfport) before Chief District Judge Louis Guirola Jr. Signed by Magistrate Judge John M. Roper on 5/9/2012. (VLK) (Entered: 5/9/2012) |
| 6/20/2012 | 6<br>6<br>6<br>6<br>6<br>6<br>6<br>6<br>6<br>6<br>6<br>6<br>6 | MOTION for Summary Judgment by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Attachments: # (1) Exhibit "1" Affidavit of Service; 1st Amended Notice of Action; 1st Amended Statement of Claim, # (2) Exhibit "2" Orderon Damages, # (3) Exhibit "3" Order for Judgment Against Douglas K. Handshoe, # (4) Exhibit "4" Motion to Enroll Foreign Judgment, # (5) Exhibit "5" Supreme Court of Nova Scotia Decision, # (6) Exhibit "6" Hearing Book Exhibits for Damages (Part 1), # (7) Exhibit "6" Hearing Book Exhibits for Damages (Part 2), # (8) Exhibit "6" Heairng Book Exhibits for Damages (Part 3), # (9) Exhibit "6" Hearing Book Exhibits for Damages (Part 4), # (10) Exhibit "6" Hearing Book Exhibits for Damages (Part 5), # (11) Exhibit "6" Hearing Book Exhibits for Damages (Part 6), # (12) Exhibit "6" Hearing Book Exhibits for Damages (Part 7), # (13) Exhibit "7" Affidavit of Charles L. Leary)(Laird, Henry) (Entered: 6/20/2012) |
| 6/20/2012 | 7<br>7 | MEMORANDUM IN SUPPORT re [6] MOTION for Summary Judgment filed by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Attachments: # (1) Appendix Hill v. Church of Scientology of Toronto)(Laird, Henry) (Entered: 6/20/2012) |
| | 8 | |

| 6/27/2012 | 8 8 8 8 8 | MOTION for Summary Judgment by Doug K. Handshoe (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5)(Truitt - PHV, Jack) (Entered: 6/27/2012) |
|---|---|---|
| 6/27/2012 | | DOCKET ANNOTATION as to #8: Memoranda in support should be filed separately and shown as a related document to the motion (Court's Administrative Procedures for Electronic Case Filing Sec. 3.A.7). Attorney is directed to file the Memorandum asa separate document and link it to the appropriate document. (avm) (Entered: 6/27/2012) |
| 6/27/2012 | | DOCKET ANNOTATION as to #8: Pursuant to Fed.R.Civ.P. Rule 84, appendix form 2 states that date, signature, address, e-mail address and telephone number are used at the conclusion of pleadings and other papers that require a signature. Main documentis undated, but the date will be construed as the date of electronic filing. Attorney is advised to follow this rule in future filings and in the re-filing of the memorandum. (avm) (Entered: 6/27/2012) |
| 6/27/2012 | | DOCKET ANNOTATION as to #8: L.U.Civ.R. 7(b)(2) requires that all supporting exhibits to a document be denominated by an exhibit letter or number and a meaningful description. Attorney is advised to follow this rule in future filings. (avm) (Entered: 6/27/2012) |
| 6/27/2012 | 9 | ** DISREGARD - SEE DOCKET ENTRY #10 FOR COMPLETE MEMORANDUM WITH EXHIBITS ** MEMORANDUM in Support re [8] MOTION for Summary Judgment filed by Doug K. Handshoe (Truitt - PHV, Jack) Modified on 6/28/2012 to delete docket entry relationship to pending motion (avm). (Entered: 6/27/2012) |
| 6/28/2012 | | DOCKET ANNOTATION as to #9: Pursuant to Fed.R.Cr.P. Rule 49(d) and Fed.R.Civ.P. Rule 84, appendix form 2 states that date, signature, address, e-mail address and telephone number are used at the conclusion of pleadings and other papers that require a signature. Document is undated (on the respectfully submitted page), but the date will be construed as the date of electronic filing. Attorney is advised to follow this rule in future filings. See second annotation entered on 6/27/12 regarding dating documents. (RLW) (Entered: 6/28/2012) |
| 6/28/2012 | 10 10 10 10 10 10 10 | MEMORANDUM in Support re [8] MOTION for Summary Judgment filed by Doug K. Handshoe (Attachments: # (1) Supplement Statement of Uncontested Material Facts, # (2) Exhibit Exhibit 1 - Affidavit of Douglas Handshoe, # (3) Exhibit Exhibit 2 - 2.1.12 Decision re TPL v. DH (Nova Scotia), # (4) Exhibit Exhibit 3 - Investorshub v. Mina Mar Judgment, # (5) Exhibit Exhibit 4 - Grant v. Torstar, # (6) Exhibit Exhibit 5 - Hill v. Church of Scientology)(Truitt - PHV, Jack) (Entered: 6/28/2012) |
| 6/28/2012 | 11 | MEMORANDUM in Opposition re [6] MOTION for Summary Judgment filed by Doug K. Handshoe (Truitt - PHV, Jack) (Entered: 6/28/2012) |
| 7/2/2012 | 12 | MOTION for Extension of Time to File Response/Reply as to [11] Memorandum in Opposition to Motion, [6] MOTION for Summary Judgment by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 7/2/2012) |
| 7/2/2012 | 13 | MOTION for Extension of Time to File Response/Reply as to [8] MOTION for Summary Judgment by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited |

| | | |
|---|---|---|
| | | (Laird, Henry) (Entered: 7/2/2012) |
| 7/3/2012 | 14 | Amended MOTION for Extension of Time to File Response/Reply as to [13] MOTION for Extension of Time to File Response/Reply as to [8] MOTION for Summary Judgment by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 7/3/2012) |
| 7/3/2012 | | TEXT ONLY ORDER granting Plaintiffs' [12] Motion for Extension of Time to File Reply re [6] MOTION for Summary Judgment. Plaintiffs' Reply is due by 7/11/2012. NO FURTHER WRITTEN ORDER WILL ISSUE FROM THE COURT. Signed by Chief District Judge Louis Guirola, Jr on 7/3/12 (ESN) (Entered: 7/3/2012) |
| 7/3/2012 | | TEXT ONLY ORDER granting Plaintiffs' [14] Motion for Extension of Time to File Response re Defendant's [8] MOTION for Summary Judgment. Response is due by 7/25/2012. NO FURTHER WRITTEN ORDER WILL ISSUE FROM THE COURT. Signed by Chief District Judge Louis Guirola, Jr on 7/3/12. (ESN) (Entered: 7/3/2012) |
| 7/3/2012 | | TEXT ONLY ORDER finding as moot [13] Motion for Extension of Time to File Response/Reply. NO FURTHER WRITTEN ORDER WILL ISSUE FROM THE COURT. Signed by Chief District Judge Louis Guirola, Jr on 7/3/12 (ESN) (Entered: 7/3/2012) |
| 7/3/2012 | 15 | Unopposed MOTION for Extension of Time to File Response/Reply as to [11] Memorandum in Opposition to Motion *for Summary Judgment* by Doug K. Handshoe (Truitt - PHV, Jack) (Entered: 7/3/2012) |
| 7/5/2012 | | TEXT ONLY ORDER granting Defendant's [15] Motion for Extension of Time to File Reply re [8] MOTION for Summary Judgment. Reply due by 7/23/2012. Signed by Chief District Judge Louis Guirola, Jr. on 7/5/2012. (ESN) (Entered: 7/5/2012) |
| 7/11/2012 | 16 16 | Rebuttal re [11] Memorandum in Opposition to Motion *for Summary Judgment* filed by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Attachments: # (1) Appendix Nova Scotia Civil Procedure Rules Part 3 Rule 8 and Part 7 Rule 31)(Laird,Henry) Modified on 7/11/2012 to add document link (avm). (Entered: 7/11/2012) |
| 7/11/2012 | 17 17 17 17 17 | AFFIDAVIT re [6] MOTION for Summary Judgment by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Attachments: # (1) Exhibit "A" Newspaper article, # (2) Exhibit "B" Print out of Google Searches, # (3) Exhibit "C" Transcript of Supreme Court Proceeding dated January 30, 2012 and January 31, 2012, # (4) Exhibit Fax received from Nova Scotia Court from D. Handshoe)(Laird, Henry) (Entered: 7/11/2012) |
| 7/11/2012 | 18 18 | AFFIDAVIT re [6] MOTION for Summary Judgment by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Attachments: # (1) Exhibit "A" Klout Assessment of Slabbed's Twitter Account)(Laird, Henry) (Entered: 7/11/2012) |
| 7/11/2012 | | DOCKET ANNOTATION as to #16: Incorrect linkage made. Rebuttal should be linked to original Motion, as all related filings to motions (using the "Responses and Replies" category, with the exception of "Response to Order") should be linked back to the original motion. Court staff has made the correction. (avm) (Entered: 7/11/2012) |
| | | |

| Date | Doc # | Description |
|---|---|---|
| 7/21/2012 | 19, 19, 19 | RESPONSE to Memorandum re [16] Rebuttal, *Memorandum in Opposition to Defendant's Motion for Summary Judgment* filed by Doug K. Handshoe (Attachments: # (1) Exhibit Exhibit 1 - Factual Basis of Karen Broussard, # (2) Exhibit Exhibit 2 - Internet Posting of Trout Point)(Truitt - PHV, Jack) Modified on 7/24/2012 to add document link to original motion (avm). (Entered: 7/21/2012) |
| 7/24/2012 | | DOCKET ANNOTATION as to #19: Incorrect linkage made. Response should be linked to original motion [6], as all related filings to motions (using the "Responses and Replies" category, with the exception of "Response to Order") should be linked back to the original motion. Court staff has made the correction. (avm) (Entered: 7/24/2012) |
| 7/25/2012 | 20, 20 | Response in Opposition re [10] MEMORANDUM in Support re [8] MOTION for Summary Judgment filed by Doug K. Handshoe (Attachments: # (1) Supplement Statement of Uncontested Material Facts, # (2) Exhibit Exhibit 1 - Affidavit of Douglas Handshoe, # (3) Exhibit Exhibit 2 - 2.1.12 Decision re TPL v. DH (Nova Scotia), # (4) Exhibit Exhibit 3 - Investorshub v. Mina Mar Judgment, # (5) Exhibit Exhibit 4 - Grant v. Torstar, # (6) Exhibit Exhibit 5 - Hill v. Church of Scientology)(Truitt - PHV, Jack) filed by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Attachments: # (1) Appendix "1" Accusation of Criminality and Moral Laxities)(Laird, Henry) (Entered: 7/25/2012) |
| 7/25/2012 | 21 | AFFIDAVIT re [20] Response in Opposition,, *of Charles Leary* by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) Modified on 7/25/2012 to add link to [8] motion (avm). (Entered: 7/25/2012) |
| 7/25/2012 | 22 | AFFIDAVIT re [20] Response in Opposition,, *of Daniel Gillis* by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) Modified on 7/25/2012 to add link to [8] motion (avm). (Entered: 7/25/2012) |
| 7/25/2012 | | DOCKET ANNOTATION as to #21 and #22: Incorrect linkage made. Affidavits should be linked to motion for summary judgment, as all related filings to motions should be linked back to the original motion. Court staff has made the correction. (avm) (Entered: 7/25/2012) |
| 7/27/2012 | 23 | ** DISREGARD - MOTION WITHDRAWN PURSUANT TO ORDER OF 12/8/2012 ** MOTION to Strike [19] Response to Memorandum, *of Defndant Douglas Handshoe* by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) Modified on 8/9/2012 (avm). (Entered: 7/27/2012) |
| 7/27/2012 | 24 | MEMORANDUM in Support re [23] MOTION to Strike [19] Response to Memorandum, *of Defndant Douglas Handshoe* filed by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 7/27/2012) |
| 7/30/2012 | 25 | MOTION to Withdraw [23] MOTION to Strike [19] Response to Memorandum, *of Defndant Douglas Handshoe*, [19] Response to Memorandum, by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 7/30/2012) |
| 8/2/2012 | 26 | MOTION to file additional briefs on cross motions for summary jugdment or in the alternative to strike brief of Defendant re [8] MOTION for Summary Judgment, [6] MOTION for Summary Judgment, [19] Response to Memorandum, by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 8/2/2012) |

| | | |
|---|---|---|
| 8/6/2012 | 27 27 27 27 27 27 27 27 27 27 27 | REPLY to Response to Motion re [16] Rebuttal, *Supplemental Reply Memorandum* filed by Doug K. Handshoe (Attachments: # (1) Exhibit nola.com article, # (2) Exhibit Karen Parker Factual Basis, # (3) Exhibit Trout Point blog post, # (4) Exhibit D'Aquila letter, # (5) Exhibit Slabbed blog post, # (6) Exhibit ACOA lawsuit, # (7) Exhibit Loeb resume, # (8) Exhibit ACOA lawsuit 2, # (9) Exhibit Frank Magazine Issue 577)(Truitt - PHV, Jack) Modified on 8/7/2012 to add document link to [6] motion for summary judgment (avm). (Entered: 8/6/2012) |
| 8/7/2012 | | DOCKET ANNOTATION as to #27: pursuant to previous docket annotations dated 7/11/2012, 7/24/2012, and 7/25/2012, incorrect linkage made. Reply to response to motion should be linked to [6] original motion for summary judgment, as all related filings to motions (using the "Responses and Replies" category, with the exception of "Response to Order") should be linked back to the original motion. Court staff has made the correction. (avm) (Entered: 8/7/2012) |
| 8/7/2012 | 28 | MOTION to Strike [27] Reply to Response to Motion,, *of Douglas K. Handshoe* by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 8/7/2012) |
| 8/8/2012 | | TEXT ONLY ORDER granting [26] Motion for Additional Briefing. Plaintiff may file a reply to Defendant's [27] reply brief. Plaintiffs' brief shall be due on or before 8/21/12. NO FURTHER WRITTEN ORDER WILL ISSUE FROM THE COURT. Signed by Chief District Judge Louis Guirola, Jr on 8/8/12. (ESN) (Entered: 8/8/2012) |
| 8/8/2012 | | TEXT ONLY ORDER finding as moot Plaintiffs' [28] Motion to Strike. NO FURTHER WRITTEN ORDER WILL ISSUE FROM THE COURT. Signed by Chief District Judge Louis Guirola, Jr on 8/8/12 (ESN) (Entered: 8/8/2012) |
| 8/8/2012 | | TEXT ONLY ORDER granting Plaintiffs' [25] Motion to Withdraw Motion to Strike [23]. NO FURTHER WRITTEN ORDER WILL ISSUE FROM THE COURT. Signed by Chief District Judge Louis Guirola, Jr on 8/8/12 (ESN) (Entered: 8/8/2012) |
| 8/21/2012 | 29 | MEMORANDUM IN OPPOSITION re [27] Reply to Response to Motion, filed by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) Modified on 8/22/2012 to add link to motion [6] (wld). (Entered: 8/21/2012) |
| 8/21/2012 | 30 | AFFIDAVIT in Support re [29] Memorandum in Opposition *(Affidavit of Charles Leary)* by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 8/21/2012) |
| 8/21/2012 | 31 | AFFIDAVIT in Support re [29] Memorandum in Opposition *(Affidavit of Vaughn Perret)* by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 8/21/2012) |
| 8/21/2012 | 32 | AFFIDAVIT in Support re [29] Memorandum in Opposition *(Affidavit of Sheri Leigh White)* by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 8/21/2012) |
| 8/22/2012 | | Docket Annotation as to Doc. #29. Incorrect linkage made. This memorandum should have been linked to motion #6. All related filings to motions (using the "Responses and Replies" category, with the exception of "Response to Order") |

| | | |
|---|---|---|
| | | should also be linked back to the original motion. Court staff has made the correction.(wld) (Entered: 8/22/2012) |
| 9/10/2012 | | Set/Reset Hearings: Settlement Conference set for 11/29/2012 01:30 PM before Magistrate Judge John M. Roper. PARTIES WITH FULL SETTLEMENT AUTHORITY MUST BE PRESENT. CONFIDENTIAL SETTLEMENT AUTHORITY MUST BE SUBMITTED ON OR PRIOR TO NOVEMBER 14,2012. (Nicaud, Jenny) (Entered: 9/10/2012) |
| 9/11/2012 | 33 33 33 33 | Emergency MOTION to Expedite Decision on Cross Motions for Summary Judgment, MOTION for Status Conference by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Attachments: # (1) Exhibit "A" Defamatory Blogg dated September 11, 2012, # (2) Exhibit "B" (Part 1 of 2) Broussard Criminal case pleading, # (3) Exhibit "B" (Part 2 of 2) Broussard Criminal case pleading)(Laird, Henry). Added MOTION for Status Conference on 9/13/2012 (JCH). (Entered: 9/11/2012) |
| 9/12/2012 | | Reset Hearing: Due to a conflict with the Court's calendar, the Settlement Conference is RESET to 11/15/2012 01:30 PM before Magistrate Judge John M. Roper. PARTIES WITH FULL SETTLEMENT AUTHORITY MUST BE PRESENT. CONFIDENTIAL SETTLEMENT AUTHORITY MUST BE SUBMITTED ON OR PRIOR TO NOVEMBER 8, 2012 (VLK) (Entered: 9/12/2012) |
| 9/13/2012 | | DOCKET ANNOTATION as to # 33. This document requests several motion reliefs. Every motion relief should be selected from the list of motion titles or each relief docketed separately. The same PDF document may be used for all motion filing entries. It is not necessary to refile as court staff has made the necessary correction. Attorney is advised to follow this procedure in future filings. (JCH) (Entered: 9/13/2012) |
| 11/15/2012 | | Minute Entry for proceedings held before Magistrate Judge John M. Roper: Settlement Conference held on 11/15/2012. Settlement was not reached. (Entered: 11/15/2012) |
| 11/21/2012 | 34 | NOTICE of Hearing: Pretrial Conference set for 12/20/2012 at 3:30 PM in Courtroom 806 (Gulfport) before Chief District Judge Louis Guirola, Jr. (CG) (Entered: 11/21/2012) |
| 12/19/2012 | 35 | ORDER denying [6] Plaintiffs' Motion for Summary Judgment; granting [8] Defendant's Motion for Summary Judgment. Signed by Chief District Judge Louis Guirola, Jr on 12/19/2012. (avm) (Entered: 12/19/2012) |
| 12/19/2012 | 36 | JUDGMENT in favor of Defendant Doug K. Handshoe against Plaintiffs Trout Point Lodge, Limited, Charles Leary, Vaughn Perret; this case is hereby dismissed with prejudice. Signed by Chief District Judge Louis Guirola, Jr on 12/19/2012. (avm) (Entered: 12/19/2012) |
| 12/26/2012 | 37 | NOTICE OF APPEAL as to [35] Order on Motion for Summary Judgment, [36] Judgment by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited. Filing fee $ 455, receipt number 14643004084. (avm) (Entered: 12/27/2012) |