## IN THE FIFTH CIRCUIT COURT OF APPEALS

### NO: 13-60002

**TROUT POINT LODGE, LIMITED, A Nova Scotia Limited Company; VAUGHN PERRET and CHARLES LEARY**                                    **APPELLANTS**

**VERSUS**

**DOUG K. HANDSHOE**                                                      **APPELLEE**

---

### CERTIFICATE OF APPELLANTS PURSUANT TO
### FEDERAL RULE OF APPELLATE PROCEDURE 10(b)(B)

---

COME NOW Appellants, Trout Point Lodge, Limited, A Nova Scotia Limited Company, Vaughn Perret, and Charles Leary, pursuant to Federal Rule of Appellant Procedure 10(b)(B) and state that no transcript will be ordered on this appeal. There was no hearing from which a transcript could be made.

Respectfully submitted, this the 8th day of January, 2013.

Trout Point Lodge, Limited, Vaughn Perret and Charles Leary

By:     s/ Henry Laird
          Henry Laird, Mississippi Bar No. 1774

## CERTIFICATE OF SERVICE

I, Henry Laird, do hereby certify that I have sent a true and correct copy of the foregoing Certificate of Appellants Pursuant to Federal Rule of Appellant Procedure 10(b)(B) by using the ECF system and/or by e-mail to the following:

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi  39466

Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA  70433

This the 8th day of January, 2013.

s/  Henry Laird
Henry Laird

Henry Laird (MSB No. 1774)
Email:  hlaird@joneswalker.com
Jaklyn Wrigley (MSB No. 103773)
Email:  jwrigley@joneswalker.com
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS  39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516