# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 11, 2013

Mr. Henry F. Laird Jr.
Jones Walker
2510 14th Street
Suite 1125
Gulfport, MS 39501-0000

    No. 13-60002,  Trout Point Lodge, Limited, et al v. Doug Handshoe
        USDC No. 1:12-CV-90

We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure.  We cannot accept motions submitted under the Federal Rules of **Civil** Procedure.  We can address only those documents the court directs you to file, or proper motions filed in support of the appeal.  See FED. R. APP. P. and 5TH CIR. R. 27 for guidance.  Documents not authorized by these rules will not be acknowledged or acted upon.

To receive the record for preparing your brief, counsel, including CJA attorneys, must provide the appropriate district court with a United Parcel Service, or similar commercial delivery service, account number.  If you wish to receive exhibits, you must specifically request them.  The district court will charge your account for shipping you the record on appeal.  In the alternative, you may contact a local courier or attorney support services firm to pick up the record and ship it to you.  CJA counsel may add these shipping fees to their vouchers.

Counsel who desire to appear in this case must electronically file a "Form for Appearance of Counsel" within 14 days from this date.  You must name each party you represent, see FED. R. APP. P. 12(b) and 5TH CIR. R. 12.  The form is available from the Fifth Circuit web site, www.ca5.uscourts.gov.  If you fail to send in the form we will remove your name from the docket.  Pro se parties do not need to file an appearance form.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dawn D. Victoriano, Deputy Clerk
504-310-7717

cc:  Mr. G Gerald Cruthird
     Mr. Jack Etherton Truitt