# IN THE FIFTH CIRCUIT COURT OF APPEALS

## NO: 13-60002

**TROUT POINT LODGE, LIMITED, A Nova Scotia Limited Company; VAUGHN PERRET and CHARLES LEARY**                                                              **APPELLANTS**

**VERSUS**

**DOUG K. HANDSHOE**                                                                                          **APPELLEE**

---

### DESIGNATION OF APPELLANTS TROUT POINT LODGE, LIMITED, VAUGHN PERRET AND CHARLES LEARY OF PARTS OF THE RECORD APPELLANTS INTEND TO INCLUDE IN APPENDIX AND STATEMENT OF THE ISSUES APPELLANT INTENDS TO PRESENT FOR REVIEW

---

COME NOW Appellants, Trout Point Lodge, Limited, A Nova Scotia Limited Company, Vaughn Perret, and Charles Leary, and designate the following as parts of the Record it intends to include in the appendix and a statement of the issues Appellants intend to present for review.

I.

APPENDIX

1. Docket entries in the proceeding below.

2. Order entered in the Supreme Court of Nova Scotia February 2, 2012.

3. Notice of Appeal filed December 26, 2012.

4. Summary Judgment entered in the district court entered December 19, 2012.

5. Order Denying Plaintiffs' Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment entered December 19, 2012.

II.

STATEMENT OF THE ISSUES

1. Did the district court commit reversible error by entering Summary Judgment in favor of Appelle, Doug K. Handshoe?

2. Did the Order entered in the Supreme Court of Nova Scotia February 2, 2012 comply with the SPEECH Act so as to entitle Appellants Trout Point, Limited, Vaughn Perret and Charles Leary to Summary Judgment in the district court and thereafter to enroll and execute its Canadian Judgment against Appellee Doug K. Handshoe?

3. Did the district court commit reversible error by holding Appellants Trout Point, Limited, Vaughn Perret and Charles Leary did not prove a case of defamation against Appellee Doug K. Handshoe which would be upheld by a Mississippi court?

4. Did the district court commit reversible error when it found Appellants failed to prove and the Nova Scotia failed to find that the publications uttered by Appellee Doug K. Handshoe were false and defamatory?

Respectfully submitted, this the 5th day of February, 2013.

                                      Trout Point Lodge, Limited, Vaughn Perret and Charles Leary

                                      By:    s/ Henry Laird
                                                  Henry Laird, Mississippi Bar No. 1774

## CERTIFICATE OF SERVICE

I, Henry Laird, do hereby certify that I have sent a true and correct copy of the foregoing **DESIGNATION OF APPELLANTS TROUT POINT LODGE, LIMITED, VAUGHN PERRET AND CHARLES LEARY OF PARTS OF THE RECORD APPELLANTS INTEND TO INCLUDE IN APPENDIX AND STATEMENT OF THE ISSUES APPELLANT INTENDS TO PRESENT FOR REVIEW** by using the ECF system and/or by e-mail to the following:

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi  39466

Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA  70433

This the 5th day of February, 2013.

s/  Henry Laird
Henry Laird

Henry Laird (MSB No. 1774)
Email:  hlaird@joneswalker.com
Jaklyn Wrigley (MSB No. 103773)
Email:  jwrigley@joneswalker.com
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS  39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516