# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 21, 2013

Mr. Henry F. Laird Jr.
Jones Walker
2510 14th Street
Suite 1125
Gulfport, MS 39501-0000

No. 13-60002, Trout Point Lodge, Limited, et al v. Doug Handshoe
          USDC No. 1:12-CV-90

The following pertains to your brief electronically filed on February 20, 2013.

You must submit the seven paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies will result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique D. Batiste, Deputy Clerk
504-310-7715

cc:  Mr. Jack Etherton Truitt