## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 21, 2013

Mr. Henry F. Laird Jr.
Jones Walker
2510 14th Street
Suite 1125
Gulfport, MS 39501-0000

No. 13-60002, Trout Point Lodge, Limited, et al v. Doug Handshoe
      USDC No. 1:12-CV-90

The following pertains to your record excerpts electronically filed on February 20, 2013.

You must submit the four paper copies of your record excerpts required by 5TH CIR. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies will result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Angelique D. Batiste, Deputy Clerk
                                    504-310-7715

cc:  Mr. Jack Etherton Truitt