# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 25, 2013

Mr. Jack Etherton Truitt
Truitt Law Firm, L.L.C.
149 N. New Hampshire Street
Covington, LA 70433

No. 13-60002,   Trout Point Lodge, Limited, et al v. Doug Handshoe
                USDC No. 1:12-CV-90

The following pertains to your brief electronically filed on March 25, 2013.

You must submit the seven paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Misty Lisotta*
Misty L. Lisotta, Deputy Clerk
504-310-7716

cc:  Mr. G Gerald Cruthird
     Mr. Henry F. Laird Jr.

P.S. To All:   If the record on appeal is still in your possession, please return it to the 5th Circuit within ten (10) days from the date of this notice.