# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

_____

No. 13-60002
_____

TROUT POINT LODGE, LIMITED, a Nova Scotia limited Company; VAUGHN PERRET; CHARLES LEARY,

    Plaintiffs - Appellants

v.

DOUG K. HANDSHOE,

    Defendant - Appellee

_____

Appeal from the United States District Court for the Southern District of Mississippi, Biloxi
_____

To: Mr. Jack Etherton Truitt

### NOTICE AND ORDER TO SHOW CAUSE

    You are directed to show cause in writing within 5 days why we should not impose disciplinary action against you for failing to provide paper copies of your filing within 5 days of the Court's request as required by 5ᵀᴴ Cɪʀ. R. 25.2.1 and 5th Cir. ECF Filing Standard E.1. If you remedy the default, the clerk's office will take no further action. However, if the default is not remedied, the clerk will refer the matter to the court for disciplinary action.

                                       LYLE W. CAYCE
                                       Clerk of the United States Court
                                       of Appeals for the Fifth Circuit

                                       By: _____
                                       Angelique D. Batiste, Deputy Clerk

                    ENTERED AT THE DIRECTION OF THE COURT

cc:    Mr. G Gerald Cruthird
        Mr. Henry F. Laird Jr.