# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 15, 2013

Mr. Henry F. Laird Jr.
Jones Walker
2510 14th Street
Suite 1125
Gulfport, MS 39501-0000

No. 13-60002, Trout Point Lodge, Limited, et al v. Doug Handshoe
                USDC No. 1:12-CV-90

The following pertains to your brief electronically filed on April 11, 2013.

You must submit the seven paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Misty Lisotta*
Misty L. Lisotta, Deputy Clerk
504-310-7716

cc: Mr. Jack Etherton Truitt