# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 25, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-60002,  Trout Point Lodge, Limited, et al v. Doug
                Handshoe
      USDC No. 1:12-CV-90

The court has taken the following action in this case:

Appellants' motion to supplement the record on appeal is DENIED.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  *Angelique D. Batiste*
        By: _____
                  Angelique D. Batiste, Deputy Clerk
                  504-310-7715

Mr. Henry F. Laird Jr.
Mr. Jack Etherton Truitt