# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

## NO: 13-60002

| | |
|---|---|
| TROUT POINT LODGE, LIMITED, A Nova Scotia Limited Company; VAUGHN PERRET and CHARLES LEARY | APPELLANTS |
| VERSUS | |
| DOUG K. HANDSHOE | APPELLEE |

---

**MOTION OF APPELLANTS, TROUT POINT LODGE, LIMITED, A NOVA SCOTIA LIMITED COMPANY, VAUGHN PERRET, AND CHARLES LEARY, TO RECONSIDER CLERK'S DENIAL OF THEIR MOTION TO SUPPLEMENT THE RECORD**

---

COME NOW Appellants, Trout Point Lodge, Limited, a Nova Scotia Limited Liability Company, Vaughn Perret and Charles Leary ("Trout Point, Perret and Leary"), and file this their Motion to Reconsider the April 25, 2013 Clerk's Denial of their Motion to Supplement the Record pursuant to Federal Rule of Civil Procedure 27 and 5th Circuit Rule 27 and request the Court to enter an order supplementing the record to include the April 4, 2013 letter from Daniel G. Abel, Esquire to Chief District Judge Louis Guirola, Jr., which, in turn, attaches the

March 29, 2013 letter from Stephen M. Gelé, Esquire to Daniel G. Able . Copies of the letters are attached as Exhibit "A".

Respectfully submitted, this the 29th day of April, 2013.

                                      Trout Point Lodge, Limited, Vaughn Perret and Charles Leary

                                      By:   s/ Henry Laird
                                                Henry Laird,
                                                Mississippi Bar No. 1774

Henry Laird (MSB No. 1774)
Email:  hlaird@joneswalker.com
JONES WALKER
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS  39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516

## 5th Cir. R. 27.4 Certificate

I hereby certify that I have contacted Jack E. Truitt, counsel for Appellee, Doug K. Handshoe, who advises he opposes this Federal Rule of Civil Procedure 27 and 5th Circuit Rule 27 Motion to Reconsider Clerk's Denial of their Motion to Supplement the Record.

This the 29th day of April, 2013.

                                          s/ Henry Laird
                                            Henry Laird

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Reconsider has been filed in the office of the Clerk for the United States Court of Appeals for the Fifth Circuit via the court's CM/ECF filing system which sent notification of same to the following:

<u>Counsel for Appellee</u>

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi 39466
Email: ggeraldc@bellsouth.net

Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA 70433
Email: mail@truittlaw.com

This the 29th day of April, 2013.

            s/ Henry Laird
            Henry Laird