# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

No. 13-60002

---

TROUT POINT LODGE, LIMITED, a Nova Scotia limited Company;
VAUGHN PERRET; CHARLES LEARY,

> Plaintiffs - Appellants

v.

DOUG K. HANDSHOE,

> Defendant - Appellee

---

Appeal from the United States District Court for the
Southern District of Mississippi, Biloxi

---

O R D E R :

IT IS ORDERED that appellants' motion for reconsideration of the clerk's order of April 25, 2013, denying appellants' motion to supplement the record on appeal, to which there has been no response filed, is GRANTED.


/s/ Jennifer Walker Elrod

---

JENNIFER WALKER ELROD
UNITED STATES CIRCUIT JUDGE