## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 31, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 13-60002,  Trout Point Lodge, Limited, et al v. Doug Handshoe
                USDC No. 1:12-CV-90

Enclosed is an order entered in this case.


                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: *Misty Lisotta*
                         _____
                         Misty L. Lisotta, Deputy Clerk
                         504-310-7716

Mr. Henry F. Laird Jr.
Mr. J. T. Noblin
Mr. Jack Etherton Truitt