United States Court of Appeals
Fifth Circuit

**F I L E D**
September 5, 2013

Lyle W. Cayce
Clerk

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

———————————————

No. 13-60002

———————————————

D.C. Docket No. 1:12-CV-90

TROUT POINT LODGE, LIMITED, a Nova Scotia limited Company; VAUGHN PERRET; CHARLES LEARY,

      Plaintiffs - Appellants

v.

DOUG K. HANDSHOE,

      Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Mississippi, Biloxi

Before REAVLEY, ELROD, and GRAVES, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:

**A True Copy**
**Attest**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

By: _____
      **Deputy**

**New Orleans, Louisiana**