# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 13, 2013

Mr. Jack Etherton Truitt
Truitt Law Firm, L.L.C.
149 N. New Hampshire Street
Covington, LA 70433

   **No. 13-60002    Trout Point Lodge, Limited, et al v. Doug Handshoe**
   USDC No. 1:12-CV-90

We have received your bill of costs submitted for filing in paper. We will take no action on this document and it will be recycled. 5TH CIR. R. 25.2 requires all attorneys to file electronically. You must file your document via the ECF system and then provide paper copies only upon the Clerk's request.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                    By: _Sabrina B. Short_
                         Sabrina B. Short, Deputy Clerk
                         504-310-7817

cc:  Mr. Henry F. Laird Jr.