# CHOICE ✓
## Profesional Overnight Copy Service, Inc.

**INVOICE** 50128091

| SALESPERSON | INVOICE DATE |
|---|---|
| Delany | 04/11/13 |

**TO**
Truitt Law Firm - Barbara Manton
149 N. New Hampshire St.
Covington, LA 70433

**SHIP TO**

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
|  | 04/04/13 |  | Net 30 | D. Handshoe |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 494 | A Copies - Straight Run | 0.15 | 74.10 |
| 13 | Binding - All types | 2.50 | 32.50 |

*Ck# 15224*
*3/15*

|  |  |
|---|---|
| Subtotal | 106.60 |
| Covington | 9.33 |
| **TOTAL** | **$115.93** |

Received by: [signature] Date: 4/4/13

Please Send Payment to: CHOICE COPY SERVICE,
P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789
Fed. Tax ID # 72-1240881

— *Thank You* —

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED

TS 5/13 SP