## *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 19, 2013

Mr. Henry F. Laird Jr.
Jones Walker LLP
2510 14th Street
Suite 1125
Gulfport, MS 39501-0000

    **No. 13-60002     Trout Point Lodge, Limited, et al v. Doug Handshoe**
    USDC No. 1:12-CV-90

Dear Counsel:

We have filed your petition for rehearing en banc.  However, it has the following deficiencies:

**Your are missing a Table of Contents, Table of Authorities, and a Certificate of Interested Parties**.

Unless the deficiency is corrected within 10 days from this date, we will forward the document to the court to be stricken.

**PLEASE DO NOT RE-FILE THE PETITION**:
Once you have prepared your sufficient petition for rehearing en banc, you must email it to: Sabrina_Short@ca5.uscourts.gov for review.  If the rehearing en banc is in compliance, you will receive a notice of docket activity advising you that the sufficient petition for rehearing en banc has been filed.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: *Sabrina B. Short*
                      Sabrina B. Short, Deputy Clerk
                      504-310-7817

cc:  Mr. Jack Etherton Truitt