# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 26, 2013

Mr. Henry F. Laird Jr.
Jones Walker LLP
2510 14th Street
Suite 1125
Gulfport, MS 39501-0000

    **No. 13-60002**    **Trout Point Lodge, Limited, et al v. Doug Handshoe**
    USDC No. 1:12-CV-90

Your electronically filed petition for rehearing en banc has been reviewed and is sufficient.

You must submit the 20 paper copies of your rehearing en banc required by 5th Cir. R. 35.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: *Sabrina B. Short*
    Sabrina B. Short, Deputy Clerk
    504-310-7817

cc:  Mr. G. Gerald Cruthird
      Mr. Jack Etherton Truitt