# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 17, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No.13-60002    Trout Point Lodge, Limited, et al v. Doug Handshoe
                    USDC No.1:12-CV-90

Enclosed is an order entered in this case.

See FRAP and Local Rules 41 for stay of the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Angelique D. Batiste, Deputy Clerk
                504-310-7715

Mr. Henry F. Laird Jr.
Mr. Jack Etherton Truitt