# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-60002

TROUT POINT LODGE, LIMITED, a Nova Scotia limited Company; VAUGHN PERRET; CHARLES LEARY,

      Plaintiffs - Appellants

v.

DOUG K. HANDSHOE,

      Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Mississippi, Biloxi

## ON PETITION FOR REHEARING EN BANC

(Opinion _____, 5 Cir., _____, _____, F.3d _____ )

Before REAVLEY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:

( ✓ ) Treating the Petition for Rehearing En Banc as a Petition for Panel Rehearing, the Petition for Panel Rehearing is DENIED. No member of the panel nor judge in regular active service of the court having requested that the court be polled on Rehearing En Banc (FED R. APP. P. and 5TH CIR. R. 35), the Petition for Rehearing En Banc is DENIED.

( )   Treating the Petition for Rehearing En Banc as a Petition for Panel Rehearing, the Petition for Panel Rehearing is DENIED. The court having been polled at the request of one of the members of the court and a majority of the judges who are in regular active service and not disqualified not having voted in favor (FED R. APP. P. and 5TH CIR. R. 35), the Petition for Rehearing En Banc is DENIED.

ENTERED FOR THE COURT:

_____
UNITED STATES CIRCUIT JUDGE