Case: 13-60002   Document: 00512364019   Page: 1   Date Filed: 09/05/2013


Print Form

# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## BILL OF COSTS

NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion,* See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

Trout Point Lodge Ltd., et al   v.   Douglas Handshoe   No. 13-60002

The Clerk is requested to tax the following costs against: Trout Point Lodge, Ltd, Vaughn Perret and Charles Leary

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 13 | 38 | .15 | 74.10 | 13 | 37 | .15 | 72.15 |
| Appellant's Reply Brief | | | | | | | | |
| Other: Binding | 13 | 38 | | 32.50 | 13 | 1 | 1.50 | 19.50 |

Total $ 106.60

Costs are taxed in the amount of $ 91.65

Costs are hereby taxed in the amount of $ 91.65 this 28th day of October, 2013.

State of Louisiana
Parish of St. Tammany

LYLE W. CAYCE, CLERK
By Lindsey Landry
Deputy Clerk

I Jack E. Truitt, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 12th day of September, 2013.

(Signature)

Attorney for Douglas Handshoe

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS



# CHOICE ☑
### Profesional Overnight Copy Service, Inc.

**INVOICE** 50128091

| SALESPERSON | INVOICE DATE |
|---|---|
| Delany | 04/11/13 |

**TO**
Truitt Law Firm - Barbara Manton
149 N. New Hampshire St.
Covington, LA 70433

**SHIP TO**

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 04/04/13 | | Net 30 | D. Handshoe |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 494 | A Copies - Straight Run | 0.15 | 74.10 |
| 13 | Binding - All types | 2.50 | 32.50 |

Ck# 15224
3/15/☐

| | |
|---|---|
| Subtotal | 106.60 |
| Covington | 9.33 |
| **TOTAL** | **$115.93** |

Received by: [signature]     Date: 4/4/13
Please Send Payment to: **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

— *Thank You* —

**TERMS:** 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS

T5 5/13 SR