*United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 28, 2013

Mr. J. T. Noblin
Southern District of Mississippi, Gulfport
United States District Court
2012 15th Street
Dan M. Russell Jr. United States Courthouse
Gulfport, MS 39501

    **No. 13-60002    Trout Point Lodge, Limited, et al v. Doug Handshoe**
                      USDC No. 1:12-CV-90

Enclosed, for the district court only, is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Record/original papers/exhibits to be returned.

Enclosed for the district court and counsel is the approved bill of costs.

The electronic copy of the record has been recycled.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      *Sabrina B. Short*
                                      By:_____
                                      Sabrina B. Short, Deputy Clerk
                                      504-310-7817

cc w/encl:
    Honorable Louis Guirola Jr.
    Mr. Henry F. Laird Jr.
    Mr. Jack Etherton Truitt

P.S. to Judge Guirola:  A copy of the opinion was sent to your office via email the day it was filed.